```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D.K.Y Enterprises Inc.,

                Plaintiff,

-against-

Sensia, Inc.,

                Defendant.

1:21-cv-00697 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    In accordance with the Court's May 11, 2021 Order, the parties were to file a joint letter regarding the status of discovery on July 15, 2021. (*See* ECF No. 16.) It is hereby Ordered that the parties shall file such joint letter no later than July 29, 2021. However, having been informed that Plaintiff's counsel, Neil Flynn, is no longer with the law firm of Rosenbaum Famularo, P.C., if Mr. Flynn has not updated his contact information or new counsel from Rosenbaum Famularo, P.C. has not appeared by July 29, 2021, Defendant still shall file a letter on that date regarding the status of this action including any communications it has had with Plaintiff's counsel.

**SO ORDERED.**

DATED:    New York, New York
                July 22, 2021

                                  _____
                                  STEWART D. AARON
                                  United States Magistrate Judge