USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D.K.Y Enterprises Inc.,

                Plaintiff,

-against-

Sensia, Inc.,

                Defendant.

1:21-cv-00697 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    In accordance with the Case Management Plan and Scheduling Order, the deadline for the completion of discovery in this action is today, October 18, 2021. (*See* ECF No. 16; *see also* 8/27/2021 Order, ECF No. 23 (extending deadline for fact discovery).) It is hereby Ordered that, no later than Monday, October 25, 2021, the parties shall file a joint letter indicating whether they wish to be referred to mediation and/or whether any party intends to file a dispositive motion.

**SO ORDERED.**

DATED:    New York, New York
              October 18, 2021

_____
STEWART D. AARON
United States Magistrate Judge