```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D.K.Y Enterprises Inc.,

                Plaintiff,

-against-

Sensia, Inc.,

                Defendant.

1:21-cv-00697 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Pursuant to the Court's Order dated October 18, 2021 (ECF No. 24), the parties were directed to submit a joint letter by October 25, 2021 indicating whether they wished to be referred to mediation and/or whether any party intended to file a dispositive motion. The parties have not filed such a letter. Therefore, no later than November 30, 2021, the parties shall file a Joint Pretrial Order, in accordance with the Court's Individual Practices. (*See* Individual Practices, *available at* https://nysd.uscourts.gov/hon-stewart-d-aaron).

**SO ORDERED.**

DATED:    New York, New York
               October 28, 2021

_____
STEWART D. AARON
United States Magistrate Judge