```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

D.K.Y Enterprises Inc.,

       Plaintiff,

  -against-

Sensia, Inc.,

       Defendant.

1:21-cv-00697 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

  The proposed Joint Pretrial Order ("JPTO") was due on January 4, 2022 (*see* Order, ECF No. 29) and has not yet been filed. The parties shall file the proposed JPTO no later than January 18, 2022. If, as indicated by Plaintiff's counsel in an email to Chambers on which Defendant's counsel was copied, Defendant fails to respond to communications regarding the proposed JPTO, Plaintiff shall file its portion of the JTPO by the extended deadline. Failure to comply with this Order may result in the imposition of sanctions. Defendant is further warned that failure to participate in preparation of the JPTO may be deemed a failure to "otherwise defend" under Federal Rule of Civil Procedure 55(a) and may result in the entry of a default against it.

**SO ORDERED.**

DATED:  New York, New York
      January 11, 2022

               _____
               STEWART D. AARON
               United States Magistrate Judge