```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D.K.Y Enterprises Inc.,

                Plaintiff,

-against-

Sensia, Inc.,

                Defendant.

1:21-cv-00697 (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a telephone conference on Monday, January 24, 2022 at 2:00 p.m. to discuss the scheduling of trial. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
                January 19, 2022

_____
STEWART D. AARON
United States Magistrate Judge