```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D.K.Y Enterprises Inc.,

                Plaintiff,

-against-

Sensia, Inc.,

                Defendant.

1:21-cv-00697 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      Following a telephone conference with the parties, during which Plaintiff waived his right to a jury trial and both parties consented to a bench trial, it is hereby Ordered that, no later than January 31, 2022, the parties shall file a joint letter setting forth their preferred dates for trial in March 2022, as well as any dates during that month that they are not available. The joint letter also shall address whether the parties consent to proceeding with the trial by remote means, in whole or in part. Thereafter, the Court will schedule the trial as well as set a date for the final pretrial conference.

**SO ORDERED.**

DATED:      New York, New York
                January 24, 2022

                                            _____
                                            STEWART D. AARON
                                            United States Magistrate Judge