USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D.K.Y Enterprises Inc.,

                Plaintiff,

-against-

Sensia, Inc.,

                Defendant.

1:21-cv-00697 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

       The bench trial in this case shall commence on Monday, March 28, 2022 in Courtroom 11C, 500 Pearl Street, New York, NY, at 9:30 a.m. and shall continue on March 29 and 31, 2022, as needed. No later than Friday, March 18, 2022, the parties shall submit an updated Joint Pretrial Order ("JPTO"), and no later than Wednesday, March 23, 2022, the parties each shall submit proposed findings of fact and conclusions of law. (*See* Judge Aaron's Individual Practices (available at https://www.nysd.uscourts.gov/hon-stewart-d-aaron).) The JPTO shall address whether the parties have consented to presenting any witnesses or evidence by remote means. A final pretrial conference shall be held remotely on Thursday, March 24, 2022, at 2:00 p.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:      New York, New York
                February 2, 2022

                                                        */s/ Stewart D. Aaron*
                                                        STEWART D. AARON
                                                       United States Magistrate Judge