```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D.K.Y. Enterprises Inc.,

                Plaintiff,

    -against-

Sensia, Inc.,

                Defendant.

1:21-cv-00697 (SDA)

**ORDER OF DISMISSAL**

**STEWART D. AARON, United States Magistrate Judge:**

This case having been settled on terms set forth on the record today, it is hereby ORDERED that this case is dismissed with prejudice and without costs to any party. The Court shall retain jurisdiction to enforce the settlement terms. The Clerk of Court is respectfully requested to terminate the case.

**SO ORDERED.**

DATED:    New York, New York
              March 28, 2022

_____
STEWART D. AARON
United States Magistrate Judge